ACCEPTED
15-24-00114-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/11/2025 11:49 AM
CHRISTOPHER A. PRINE
CLERK

# NORTON ROSE FULBRIGHT

Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
United States

July 11, 2025

Direct line +1 713 651 3633
warren.huang@nortonrosefulbright.com

Tel +1 713 651 5151
Fax +1 713 651 5246
nortonrosefulbright.com

Re: Appeal No. 15-24-00114-CV; *Cecile Erwin Young, in Her Official Capacity as Executive Commissioner of the Texas Health and Human Services Commission, et al. v. Cook Children's Health Plan, et al.*; In the Fifteenth Court of Appeals

Mr. Christopher A. Prine, Clerk                          **<u>Via Electronic Filing</u>**
FIFTEENTH COURT OF APPEALS
William P. Clements Building
300 West 15th Street, Suite 607
Austin, Texas 78701

Dear Mr. Prine:

On July 10, 2025, Appellees Cook Children's Health Plan, Texas Children's Health Plan, Superior Health Plan, Inc., and Wellpoint Insurance Company (collectively, "Appellees"), filed their Joint Motion to Dismiss Appeals of Aetna Better Health of Texas, Inc. and Molina Healthcare of Texas, Inc. for Lack of Jurisdiction and Request for Expedited Consideration ("the Joint Motion").

Footnote 1 on page 1 of the Joint Motion was inadvertently included and should be disregarded as it does not reflect either an earlier or the current position of Appellant Cecile Erwin Young, in Her Official Capacity as Executive Commissioner of the Texas Health and Human Services Commission on the Joint Motion that the Commissioner relayed to Appellees. The Joint Motion's certificate of conference correctly states that the Commissioner takes no position on the motion.

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa (incorporated as Deneys Reitz, Inc.), each of which is a separate legal entity, are members of Norton Rose Fulbright Verein, a Swiss Verein. Details of each entity, with certain regulatory information, are at nortonrosefulbright.com. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients.

NORTON ROSE FULBRIGHT

On behalf of Appellees, I would appreciate your assistance in forwarding this letter to the members of the Court.

Very truly yours,

/s/ Warren S. Huang

Warren S. Huang

*Co-Counsel for Appellee Texas Children's Health Plan*

cc:     All Counsel of Record

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Warren Huang on behalf of Warren Huang
Bar No. 796788
warren.huang@nortonrosefulbright.com
Envelope ID: 103025883
Filing Code Description: Letter
Filing Description: Letter
Status as of 7/11/2025 12:07 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Michaelle Peters | | mpeters@scottdoug.com | 7/11/2025 11:49:29 AM | SENT |
| Julie Wright | | julie.wright@nortonrosefulbright.com | 7/11/2025 11:49:29 AM | SENT |
| Amanda DoddsPrice | | amanda.price@squirepb.com | 7/11/2025 11:49:29 AM | SENT |
| Maria Williamson | | maria.williamson@oag.texas.gov | 7/11/2025 11:49:29 AM | SENT |
| Mandy Patterson | | mpatterson@adjtlaw.com | 7/11/2025 11:49:29 AM | SENT |
| Michelle Joyner | | mjoyner@scottdoug.com | 7/11/2025 11:49:29 AM | SENT |
| William FCole | | William.Cole@oag.texas.gov | 7/11/2025 11:49:29 AM | SENT |
| Abril Rivera | | arivera@scottdoug.com | 7/11/2025 11:49:29 AM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 7/11/2025 11:49:29 AM | SENT |
| Jessie Johnson | | jessie.johnson@nortonrosefulbright.com | 7/11/2025 11:49:29 AM | SENT |
| Cory Scanlon | | cory.scanlon@oag.texas.gov | 7/11/2025 11:49:29 AM | SENT |
| David Johns | | david@cobbjohns.com | 7/11/2025 11:49:29 AM | SENT |
| Stacey Jett | | sjett@adjltaw.com | 7/11/2025 11:49:29 AM | SENT |

Associated Case Party: Cook Children's Health Plan

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Karen Burgess | 796276 | kburgess@burgesslawpc.com | 7/11/2025 11:49:29 AM | SENT |
| Anna Baker | 791362 | abaker@adjtlaw.com | 7/11/2025 11:49:29 AM | SENT |
| Amy Warr | 795708 | awarr@adjtlaw.com | 7/11/2025 11:49:29 AM | SENT |
| Juliana Bennington | | jbennington@perkinscoie.com | 7/11/2025 11:49:29 AM | SENT |
| Jonathan Hawley | | jhawley@perkinscoie.com | 7/11/2025 11:49:29 AM | ERROR |
| Reina A.Almon-Griffin | | ralmon-Griffin@perkinscoie.com | 7/11/2025 11:49:29 AM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Warren Huang on behalf of Warren Huang
Bar No. 796788
warren.huang@nortonrosefulbright.com
Envelope ID: 103025883
Filing Code Description: Letter
Filing Description: Letter
Status as of 7/11/2025 12:07 PM CST

Associated Case Party: Cook Children's Health Plan

| | | | | |
|---|---|---|---|---|
| Reina A.Almon-Griffin | | ralmon-Griffin@perkinscoie.com | 7/11/2025 11:49:29 AM | SENT |
| Trisha Marino | | tmarino@perkinscoie.com | 7/11/2025 11:49:29 AM | SENT |
| Perkins Docketing Team | | DocketSEA@perkinscoie.com | 7/11/2025 11:49:29 AM | SENT |
| Katie Dolan-Galaviz | | kgalaviz@burgesslawpc.com | 7/11/2025 11:49:29 AM | SENT |
| Matthew Gordon | | mgordon@perkinscoie.com | 7/11/2025 11:49:29 AM | SENT |

Associated Case Party: Texas Children's Health Plan

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mark Emery | 24050564 | mark.emery@nortonrosefulbright.com | 7/11/2025 11:49:29 AM | SENT |
| Warren Huang | 796788 | warren.huang@nortonrosefulbright.com | 7/11/2025 11:49:29 AM | SENT |
| Paul Trahan | 24003075 | paul.trahan@nortonrosefulbright.com | 7/11/2025 11:49:29 AM | SENT |
| Susan Harris | 6876980 | susan.harris@nortonrosefulbright.com | 7/11/2025 11:49:29 AM | SENT |
| Thomas Coulter | 4885500 | tom.coulter@nortonrosefulbright.com | 7/11/2025 11:49:29 AM | SENT |

Associated Case Party: Wellpoint Insurance Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Johnson | 10786400 | rjohnson@foley.com | 7/11/2025 11:49:29 AM | SENT |
| Michelle Ku | 24071452 | mku@foley.com | 7/11/2025 11:49:29 AM | SENT |
| Benjamin Grossman | | bjgrossman@foley.com | 7/11/2025 11:49:29 AM | SENT |
| Kristin Hernandez | | kristin.hernandez@foley.com | 7/11/2025 11:49:29 AM | SENT |
| Stacey Obenhaus | | sobenhaus@foley.com | 7/11/2025 11:49:29 AM | SENT |

Associated Case Party: Superior Healthplan Inc.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Warren Huang on behalf of Warren Huang
Bar No. 796788
warren.huang@nortonrosefulbright.com
Envelope ID: 103025883
Filing Code Description: Letter
Filing Description: Letter
Status as of 7/11/2025 12:07 PM CST

Associated Case Party: Superior Healthplan Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 7/11/2025 11:49:29 AM | SENT |
| J McCaig | 24070083 | meghan.mccaig@outlook.com | 7/11/2025 11:49:29 AM | SENT |
| Karen Walker | | karen.walker@hklaw.com | 7/11/2025 11:49:29 AM | SENT |
| Tiffany Roddenberry | | tiffany.roddenberry@hklaw.com | 7/11/2025 11:49:29 AM | SENT |

Associated Case Party: Texas Health and Human Services

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 7/11/2025 11:49:29 AM | SENT |
| Jennifer Cook | | Jennifer.Cook@oag.texas.gov | 7/11/2025 11:49:29 AM | SENT |

Associated Case Party: Aetna Better Health of Texas, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joseph Knight | 11601275 | jknight@ebbklaw.com | 7/11/2025 11:49:29 AM | SENT |

Associated Case Party: Molina Healthcare of Texas, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jason R.LaFond | | jlafond@scottdoug.com | 7/11/2025 11:49:29 AM | SENT |
| Cheryl LaFond | 24104015 | clafond@scottdoug.com | 7/11/2025 11:49:29 AM | SENT |